UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KAYLA HOUCHINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:3:20-cv-701-FDW-DCK |
| | ) |
| GIBSON GROUP CONSULTING, LLC, | ) |
| d/b/a DECISIONPATH HR, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Kayla Houchins and Defendant, Gibson Group Consulting, LLC d/b/a Decisionpath HR, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby gives notice that the above-styled action is voluntarily dismissed with prejudice.

Dated this ___ day of September 2021.    Respectfully Submitted,

| | |
|---|---|
| /s/ Gary Martoccio | /s/ Amy Y. Jenkins |
| Gary Martoccio | AMY Y. JENKINS |
| North Carolina Bar # 54125 | N.C. State Bar No. 20007 |
| Spielberger Law Group | 735 Johnnie Dodds Blvd., Suite 200 |
| 4890 W. Kennedy Blvd., Ste. 950 | P.O. Box 650007 |
| Tampa, Florida 33606 | Mr. Pleasant, SC 29465 |
| T: (800) 965-1570 | T: (843) 576-2900 |
| F: (866) 580-7499 | amy.jenkins@mgclaw.com |
| gary.martoccio@spielbergerlawgroup.com | *Attorneys for Defendant* |
| *Counsel for Plaintiff* | |